IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DUNLAP CROSSING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES HOGENDOBLER, <br><br> Defendant. | Case No. 7:25cv471-MFU-CKM |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Dunlap Crossing, LLC, pursuant to Federal Rule of Civil Procedure 65, and for the reasons stated in the accompanying brief, hereby moves the Court for a preliminary injunction and an order (1) enjoining Defendant James Hogendobler from taking any further steps to obstruct the flow of water in Dunlap Creek; (2) requiring Defendant to remove the boulders, concrete, and any other material he placed into Dunlap Creek to obstruct the flow of water in or around April 2025; and (3) requiring Defendant to return Dunlap Creek to its natural state as it existed before he began adding boulders in the stream in or around April 2025. A copy of a proposed order granting the motion is attached as Exhibit A.

Dated: July 16, 2025

                                          Respectfully submitted,

**DUNLAP CROSSING, LLC**

*/s/ Garrett H. Hooe*
Garrett H. Hooe (VSB No. 83983)
Nicholas J. Giles (VSB No. 86584)
Patrick F. Dillard (VSB No. 89119)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel. 804-775-1000
ghooe@mcguirewoods.com
ngiles@mcguirewoods.com
pdillard@mcguirewoods.com

*Counsel for Plaintiff Dunlap Crossing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of July, 2025, a true and accurate copy of Plaintiff's Motion for Preliminary Injunction will be sent via private process server, United States mail, and electronic mail delivery, as follows:

> James M. Hogendobler
> 2514 School House Road
> Covington, VA 24426
> jimhogendobler@gmail.com

/s/ Garrett H. Hooe
Garrett H. Hooe