# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF VIRGINIA

### Roanoke Division

**DUNLAP CROSSING, LLC,**
   Plaintiff,

v.                                        Case No. 7:25cv471-MFU-CKM

**JAMES HOGENDOBLER,**
   Defendant.

### DEFENDANT'S RULE 30(b)(1) NOTICE OF DEPOSITION OF

### ROBERT E. RICH, JR.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendant James Hogendobler will take the deposition of Robert E. Rich, Jr., Managing Agent of Dunlap Crossing, LLC, at the following date, time, and place:

**Date:** January 15, 2026

**Time:** 9:00 a.m.

**Location:**
   Fairfield Inn & Suites
   60 SW 352nd Street
   Florida City, Florida 33034

**Deponent Address:**
   Robert E. Rich, Jr.
   Managing Agent, Dunlap Crossing, LLC
   81100 Old Highway
   Islamorada, FL 33036

The deposition will be taken before a certified court reporter and/or notary publicauthorized to administer oaths and shall continue from day to day until completed.

Date: January 29, 2026

Time: 9:00 a.m. (Eastern)

Location: Fairfield Inn & Suites
         60 SW 352nd Street
         Florida City, Florida 33034

METHOD OF RECORDING

The deposition will be recorded stenographically and may also be recorded audiovisually.

Dated January 13, 2026

**JAMES HOGENDOBLER**

/s/ Duncan G. Byers
GORDON REES SCULLY MANSUKHANI
5425 Discovery Park Blvd., Suite 200
Williamsburg, Va. 23188
T: 757.903.0879
F: 757.401.6770
dbyers@grsm.com
hbean@grsm.com
*Counsel for Defendant, James Hogendobler*

**CERTIFICATE OF SERVICE**

I certify that on this date, January 13, 2026 I served the above via email on the following:

*/s/ Garrett H. Hooe*
Garrett H. Hooe (VSB No. 83983)
Nicholas J. Giles (VSB No. 86584)
Patrick F. Dillard (VSB No. 89119)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel. 804-775-1000
ghooe@mcguirewoods.com
ngiles@mcguirewoods.com
pdillard@mcguirewoods.com
*Counsel for Plaintiff Dunlap Crossing, LLC*

/s/ Duncan G. Byers
GORDON REES SCULLY MANSUKHANI
5425 Discovery Park Blvd., Suite 200
Williamsburg, Va.  23188
T:  757.903.0879
F:  757.401.6770
dbyers@grsm.com
hbean@grsm.com
*Counsel for Defendant, James Hogendobler*