# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF VIRGINIA

### Roanoke Division

**DUNLAP CROSSING, LLC,**
  Plaintiff,

v.                                          Case No. 7:25cv471-MFU-CKM

**JAMES HOGENDOBLER,**
  Defendant.

### DEFENDANT'S RULE 30(b)(1) NOTICE OF DEPOSITION OF

### ROBERT E. RICH, JR.

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendant James Hogendobler will take the deposition of Robert E. Rich, Jr., Managing Agent of Dunlap Crossing, LLC, at the following date, time, and place:

**Date:** January 28, 2026

**Time:** 9:00 a.m.

**Location:**
  Fairfield Inn & Suites
  60 SW 352nd Street
  Florida City, Florida 33034

**Deponent Address:**
  Robert E. Rich, Jr.
  Managing Agent, Dunlap Crossing, LLC
  81100 Old Highway
  Islamorada, FL 33036

The deposition will be taken before a certified court reporter and/or notary publicauthorized to administer oaths and shall continue from day to day until completed.

Date: January 29, 2026

Time: 9:00 a.m. (Eastern)

Location: Fairfield Inn & Suites
         60 SW 352nd Street
         Florida City, Florida 33034

METHOD OF RECORDING

The deposition will be recorded stenographically and may also be recorded audiovisually.

Dated January 13, 2026

                                        **JAMES HOGENDOBLER**

                                        /s/ Duncan G. Byers
                                        GORDON REES SCULLY MANSUKHANI
                                        5425 Discovery Park Blvd., Suite 200
                                        Williamsburg, Va.  23188
                                        T:  757.903.0879
                                        F:  757.401.6770
                                        dbyers@grsm.com
                                        hbean@grsm.com
                                        *Counsel for Defendant, James Hogendobler*

**CERTIFICATE OF SERVICE**

     I certify that on this date, January 13, 2026 I served the above via email on the following:

                                        */s/ Garrett H. Hooe*
                                        Garrett H. Hooe (VSB No. 83983)
                                        Nicholas J. Giles (VSB No. 86584)
                                        Patrick F. Dillard (VSB No. 89119)
                                        McGuireWoods LLP
                                        Gateway Plaza
                                        800 East Canal Street
                                        Richmond, VA 23219
                                        Tel. 804-775-1000
                                        ghooe@mcguirewoods.com
                                        ngiles@mcguirewoods.com
                                        pdillard@mcguirewoods.com
                                        *Counsel for Plaintiff Dunlap Crossing, LLC*

/s/ Duncan G. Byers
GORDON REES SCULLY MANSUKHANI
5425 Discovery Park Blvd., Suite 200
Williamsburg, Va. 23188
T: 757.903.0879
F: 757.401.6770
dbyers@grsm.com
hbean@grsm.com
*Counsel for Defendant, James Hogendobler*