IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DUNLAP CROSSING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HOGENDOBLER,<br><br>    Defendant. | Case No. 7:25cv471-MFU-CKM |

### PLAINTIFF DUNLAP CROSSING'S NOTICE OF WITNESS UNAVAILABILITY SUBJECT TO PENDING MOTION FOR PROTECTIVE ORDER

Plaintiff Dunlap Crossing, LLC ("Dunlap Crossing") hereby supplements its Motion for Protective Order (Doc. 49) following the expedited briefing that was yesterday ordered by the Court (Doc. 54). For the avoidance of doubt, Mr. Rich is not available to be deposed on January 28, 2026. Of course, should the Court deny the Motion for Protective Order, Dunlap Crossing will promptly provide Defendant with Mr. Rich's availability for a deposition.

Dated: January 21, 2026

                                                        Respectfully submitted,

                                                        **DUNLAP CROSSING, LLC**

                                                        */s/ Garrett H. Hooe*
                                                        Garrett H. Hooe (VSB No. 83983)
                                                        Nicholas J. Giles (VSB No. 86584)
                                                        Patrick F. Dillard (VSB No. 89119)
                                                        McGuireWoods LLP
                                                        Gateway Plaza
                                                        800 East Canal Street
                                                        Richmond, VA 23219
                                                        Tel. 804-775-1000

ghooe@mcguirewoods.com
ngiles@mcguirewoods.com
pdillard@mcguirewoods.com

*Counsel for Plaintiff Dunlap Crossing, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of January, 2026, a true and accurate copy of Plaintiff's Notice of Unavailability of Witness Subject to Pending Motion for Protective Order was filed via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Garrett H. Hooe*
