# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DUNLAP CROSSING, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>JAMES HOGENDOBLER,<br><br>　　　　　Defendant. | Case No. 7:25cv471-MFU-CKM |

**ORDER DISMISSING CASE**

　　　This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal. The factors related to a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) "include, among others, (1) the plaintiff's diligence in moving for a voluntary dismissal, (2) the stage of the litigation, including the defendant's effort and expense in preparing for trial, and (3) the adequacy of the plaintiff's explanation for the need to dismiss." *Fidelity Bank PLC v. Northern Fox Shipping N.V.*, 242 Fed. Appx. 84, 89 (4th Cir. 2007). A Rule 41(a)(2) dismissal should be granted "absent plain legal prejudice to the defendant." *Ellet Bros., Inc. v. U.S. Fidelity & Guar. Co.*, 275 F.3d 384, 388 (4th Cir. 2001). When a Rule 41(a)(2) motion specifically requests a dismissal with prejudice, "the district court *must* grant that request." *Harsell v. Virginia Motor Sports Lodges, Inc.*, No. 7:17-cv-00389, 2018 WL 2172506, at *1 (W.D. Va. May 10, 2018) (cleaned up).

　　　Plaintiff seeks on the face of its Motion for Voluntary Dismissal a dismissal with prejudice. Accordingly, *Harsell* and the authorities it relies on warrant granting Plaintiff the relief it seeks. For completeness, upon review of the *Fidelity Bank* factors, the Court also finds that Plaintiff was

diligent in moving for voluntary dismissal, requesting such dismissal within two weeks of the Court issuing its scheduling order. Second, the case remains very early in discovery, with months until pre-trial motions are due, and a trial scheduled for the middle of June 2026. Third, Plaintiff's explanation for dismissal—a desire to conclude this property-related dispute before the parties invest significant additional resources in discovery and at trial—supports Plaintiff's request for relief.

    Accordingly, finding Defendant will suffer no unfair prejudice from dismissal, Plaintiff's Motion is hereby GRANTED. This action is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: _____

                                                        Senior United States District Judge